UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

_____

BONNIE TATUEM,                                                                      CASE NO.
        Plaintiff,

  vs.

TRANSUNION, LLC
        Defendant.

_____

**TRANS UNION, LLC'S NOTICE OF REMOVAL**
_____

      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the District Court of Maryland for Harford County, to the United States District Court for the District of Maryland, Baltimore Division on the following grounds:

      1.    Plaintiff Bonnie Tatuem served Trans Union on or about November 6, 2012, with a Writ of Summons and Complaint filed in the District Court of Maryland for Harford County. Copies of the Writ of Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

      2.    Plaintiff makes claims under and alleges that Trans Union violated and is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint, Claims 1 through 5.

      3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the District Court of Maryland for Harford County to the United States District Court for the District of Maryland, Baltimore Division.

5. Notice of this removal has been or will promptly be filed with the District Court of Maryland for Harford County and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the District Court of Maryland for Harford County to this United States District Court, District of Maryland, Baltimore Division.

Dated:  November 20, 2012

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of November, 2012**, properly addressed as follows:

| **Pro Se Plaintiff** <br> Bonnie Tatuem <br> 709 Stony Run Circle <br> North East, MD  21901 | |
|---|---|

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey and Stichel, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*