FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 FEB 25  P 2: 32

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| BONNIE TATUEM, <br> Plaintiff, | CASE NO. 1:12-cv-3413-JKB |
| vs. | |
| TRANSUNION, LLC <br> Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT

Plaintiff Bonnie Tatuem, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Bonnie Tatuem against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Bonnie Tatuem and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. *Clerk to CLOSE CASE.*

Date: 2/25/13

The Honorable James K. Breder
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Bonnie Tatuem <br> 709 Stony Run Circle <br> North East, MD 21901 | H. Mark Stichel, Esq. <br> hmstichel@ghsllp.com |
| Ted W. Nolting, Esq. <br> tnolting@schuckitlaw.com | |